**Suiko PRZEDWOJEWSKI,**
**Plaintiff–Appellant,**

v.

**NHS MANAGEMENT, LLC, Jacksonville Health and Rehabilitation, LLC, Robinson–Adams Insurance, Inc., Defendants–Appellees.**

No. 12–11484
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Jan. 15, 2013.

Michael Shane Lucado, Lucado Law Firm, Birmingham, AL, for Plaintiff–Appellant.

Reed R. Bates, William L. DeBuys, Jay Michael Ezelle, Robin Houston Jones, Starnes Davis Florie, LLP, Birmingham, AL, for Defendants–Appellees.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

The dismissal of this action is affirmed for the reasons set forth in the MEMO-

---

RANDUM OF OPINION entered by the district court on February 17, 2012.

**AFFIRMED.**